IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LEE VOGELSANG,

    Petitioner,                       No. 2:12-cv-1573 EFB P

    vs.

WILLIAM KNIPP, Warden,

    Respondent.                  ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted a complete application for leave to proceed *in forma pauperis*.

    Within 30 days from the day this order is served, petitioner may submit either the filing fee or a properly completed application required by section 1915(a). Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk

////

////

1

1 of the Court is directed to mail to petitioner a form application for leave to proceed *in forma*
2 *pauperis*.

3 So ordered.

4 DATED: July 11, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE